UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF RHODE ISLAND

SAMUEL FUNENTES :

: 4/21/2008

V : Court File

: Case#__________

DEPT. OF CORRECTIONS :

A. T. WALL. II,et,al, : Earlier case NO.Ca-04-408-ML

:

**MOTION FOR THE APPOINTMENT OF COUNSEL**

In support of this filing the following is stated:

1]. That the petitioner in the above entitled matter is being housed at the R.I. ACI at po box 8274 Cranston R.I. 02920 # 60815

2]. That this petitioner once before made an attempt to gain the appointment of counsel

2-A). That on 11/15/04 Honorable Judge Mary M. Lisi denied an appeal from the magistrates order denying my request to be appointed counsel

3]. That since that point the petition has been ordered dismissed "without prejudice"

3-A). That while I still do not understand english very well at all I have gotten help understanding what had happened to me in a constitutional sense requiring relief under Habeas review

3-B). That while the appointment of counsel is not required under law it is discretionary and in this case which does conform to doctrine stating "complex litigation" is the trigger which causes the requirement of said appointment

4]. That "writ of Habeas Corpus is designed to free persons

wrongly held, NOT TO ENSURE THAT CRIMINAL PROSECUTION CONTINUE IN FULL VIGOR, Madej V Breley 371 F 3d 898

5]. That Attorney David Cicilline was attorney of record during the appellate stage of this matter

5-A). That the appeal was denied without the merits of the case ever being addressed in the sense of Miller V. Fenton and Townsend V Sain Id.

6]. The fact of the matter being that I was never afforded the appointment of counsel during a critical stage of the proceedings which would have reached the merits of the claims then I was not afforded a fair hearing in the state court to any meaningful degree **see Madej id.**

**WHEREFORE:** The entitled Petitioner moves this Honorable Court grant the following relief, and is requested with the full respect to this Honorable Court

a). Appoint counsel to reach the merits of the case

b). And to grant all others which are fair and just

RESPECTFULLY SUBMITTED

Samuel Fuentes

**CERTIFICATION OF SERVICES**

I swear and certify that I have sent a true copy of the enclosed documents to the office of the Attorney Generals first class postage pre-paid to 150 South main st Providence R.I. 02903 on 4 /21 / 2008

Samuel Fuentes