**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAMUEL FUENTES,** | : | |
| **Petitioner** | : | |
| **v.** | : | **C.A. 04-408ML** |
| | : | |
| **A.T. WALL,** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO**
**PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the State of Rhode Island in the above-captioned matter and, for the reasons expressed in the accompanying supporting memorandum, respectfully objects to Petitioner's Motion For the Appointment of Counsel.

Respectfully Submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman
______________________________
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on May 9, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion, by first-class mail, to Samuel Fuentes, Pro Se, ACI, Medium Security, P.O. Box 8274, Cranston, RI 02920. on the same date.

/s/ Aaron L. Weisman

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAMUEL FUENTES,** | : | |
| **Petitioner** | : | |
| | : | **C.A. 04-408ML** |
| | : | |
| **A.T. WALL,** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S <u>MOTION FOR APPOINTMENT OF COUNSEL</u>**

Petitioner seeks from this Honorable Court the appointment of counsel to assist him in the prosecution of his Motion to Reactive Petition Dismissed without Prejudice. Because, however, for the reasons set forth in the State's contemporaneously filed State of Rhode Island's Memorandum in Support of its objection to Motion to Reactivate Petition Dismissed Without Prejudice, Petitioner's motion to reactive lacks any substantive merit and should be denied, the State would respectfully suggest that Petitioner's Motion For the Appointment of Counsel should be denied as well.

Wherefore, the State objects to Petitioner's Motion For the Appointment of Counsel.

Respectfully Submitted,
**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on May 9, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion, by first-class mail, to Samuel Fuentes, Pro Se, ACI, Medium Security, P.O. Box 8274, Cranston, RI 02920, on the same date.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com