UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF RHODE ISLAND

SAMUEL FUENTES

V

DEPT. OF CORRECTIONS
DIRECTOR A.T. WALL II, et, al.

4 12 1 2008

Court file
csae # ____________

Earlier case
NO. CA-04-408-ML

Denied for the reasons set forth in The Respondent's Opposition. Mary M. Lisi USDJ 5/12/08

MOTION TO REACTIVATE PETITION DISMISSED WITHOUT PREJUDICE

In Support of this filing the following is stated:

1]. That the petitioner in the above entitled matter is being housed at the R.I.ACI at Po Box 8274 Cranston R.I. 02920 #60815

2]. Enclosed please find a true copy of a transcription dated October 2-1978

3]. That said transcription has been omitted from all and every proceeding with regards to my post-conviction application appellate process and post-conviction appellate process.

4]. That omission of said transcript caused a misapprehendsion of the claims this petitioner wanted raised,

4-A]. That on the fifth and final page of enclosed transcription, sates clearly " MR. KELLEY: I just wanted to make one correction. I just wanted to make it clear that I'm not ready"

5]. That it is clear that the lower court never intended to afford this petitioner a fair trial for the following reasons

5-A]. This matter was docketed as a double murder trial, all law both state and federal require two attorneys for a murder trial

5-B]. That in this instance one attorney was afforded to the petitioner and even that one made it "clear" that he was unprepared and unable to render competent counsel to this petitioner, forcing an ineffective situation on one who had questionable and more than probably a right to two attorneys

6]. That said omission of transcriptions effected this petioner in such a way as to deny him a fair hearing at the state level in a Tonwsend V Sain sense see 372 US 293 9 L ed 2d 770

Further a recent decision in Greyuerst at the R.I. Superior court level stated that it was insufficient to fail to provide an attorney the needed time to properly defend his client see R.I.PM-2005,3148

7]. That it is also true that this petitioner does not speak english well at all and more than likely had some to do with his being left out from participating in his own defense.

wherefore: This petitioner moves to reactivate the formally dismissed petition.

a). To grant an evidentiary hearing

b). Order new trial

c). Order the appointment of counsel

d). Grant all others which are fair and just

RESPECTFULLY SUBMITTED

Samuel Fuentes

Samuel Fuetes
Po Box 8274
Cranston R.I.
02920