UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

Samuel Fuentes

5/30 /08

Court File
Case# 04-408 ML

Vs

Director A.T. Wall
Dept. of Corrections

**FORMAL NOTICE OF APPEAL**

In support of this filing the following is stated:

1]. That the above entitled petitioner is being housed at the Rhode Island ACI at Po Box 8274 Cranston Rhode Island 02920

2]. That notice is hereby given that Samuel Fuentes. (Plaintiff) in the above entitled matter, hereby appeal the United States Court of Appeals for the first circuit, from the order entered in this action on 5/13/08

Samuel Fuentes

SAMUEL FUENTES
Po Box Cranston
R.I. 02920