UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

June 4, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CA 04-408ML
Fuentes v. Wall, et al.

**CCA#** ___________________

Dear Clerk of Court:

Enclosed herewith you will find the NOTICE OF APPEAL as to the above-referenced case. Please note that a simultaneously-filed Motion for Certificate of Appealability is now before the district court for ruling. The record on appeal will be forwarded to your office once that motion is decided.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

Encl:
**copy of #17 Order denying reactivation of petition**
**copy of #18 Notice of Appeal**
**copy of #19 Motion/COA**
**Certified docket**