UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

June 5, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CA 04-408ML
Fuentes v. Wall, et al.

**CCA#** ____________________

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL as to the above-referenced case.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

Encl:
**Case file; certified docket**