Case 1:04-cv-00408-ML Document21 Filed 06-16-2008 Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAMUEL FUENTES

Vs

CA 04-408 ML

A.T. WALL, et al.

MOTION and NOTICE
FOR AN ORDER ENLARGING TIME
TO ARTICULATE ISSUES FOR APPEAL

Now comes the defendant in the above mentioned matter, for an order enlarging time to articulate the issues for appeal. As on and for the reasons proferred herein.

1) Said appeal was ill-prepared by an untrained person skilled in the Law.

Respectfully submitted
X Samuel Fuentes
Samuel Fuentes #60815

**CERTIFICATION OF SERVICE**

I,the undersigned hereby certify that I have mailed a true copy of the within motion-motion and notice to the R.I.Attorney General Hon. Patrick Lynch at 150 South Main Street.Providence.R.I.02903 on the 16th day of June,2008.

X Samuel Fuentes

TO:THE HON.PATRICK LYNCH ,R.I. ATTORNEY GENERAL
150 South main street.providence.R.I.02903.

Please take notice that on July 2, 2008 at 10 O'clock am.,or as soon after counsel can be heardin room ________ ,UNITED STATES DISTRICT COURT-119 federal building & U.S.C.CH.providence.R.I.02903.,the under-signed will bring the above motion on for hearing.

X Samuel Fuentes