**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAMUEL FUENTES,** | : | |
| **Petitioner** | : | |
| **v.** | : | **C.A. 04-408ML** |
| | : | |
| **A.T. WALL,** | : | |
| **Respondent** | | |

**STATE OF RHODE ISLAND'S OBJECTION TO *MOTION TO RECONSIDER AND TO GRANT MULTIPLE RELIEF***

Now comes the State of Rhode Island in the above-captioned matter and, for the reasons expressed in the accompanying supporting memorandum, respectfully objects to Petitioner's *Motion to Reconsider and to Grant Multiple Relief*.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman
____________________________
**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on July 18, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion by first-class mail, to Samuel Fuentes, Pro Se, ACI, Medium Security, P.O. Box 8274, Cranston, RI 02920, on the same date.

/s/ Aaron L. Weisman

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SAMUEL FUENTES,** | **:** | |
| **Petitioner** | **:** | |
| **vi.** | **:** | **C.A. 04-408ML** |
| | **:** | |
| **A.T. WALL,** | **:** | |
| **Respondent** | | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO *MOTION TO RECONSIDER AND TO GRANT MULTIPLE RELIEF***

On May 12, 2008, this Honorable Court denied Petitioner's *Motion to Reactivate Petition Dismissed Without Prejudice.* He apparently now seeks reconsideration of such denial on a number of grounds. (*Petitioner's Motion to Reconsider* at pp. 1-3.) Because, however, as previously set forth in the State's May 9, 2008 *Memorandum in Support of its Objection to Motion to Reactivate Petition Dismissed Without Prejudice*, any Petition Petitioner seeks to file would be a successive habeas corpus petition, would be time-barred, and at least some of the issues raised within it would be unexhausted, Petitioner's instant *Motion to Reconsider and to Grant Multiple Relief* should be denied.

Wherefore, the State would respectfully ask that Petitioner's *Motion to Reconsider and to Grant Multiple Relief* be denied.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

PDF created with pdfFactory trial version www.pdffactory.com

/s/ Aaron L. Weisman

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on July 18, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion by first-class mail, to Samuel Fuentes, Pro Se, ACI, Medium Security, P.O. Box 8274, Cranston, RI 02920, on the same date.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com