# United States Court of Appeals
## For the First Circuit

No. 08-1726

SAMUEL FUENTES

Petitioner - Appellant

v.

A.T. WALL, Director, Rhode Island Department of Corrections;
PATRICK LYNCH, Attorney General for the State of Rhode Island;
STATE OF RHODE ISLAND

Respondents - Appellees

**ORDER OF COURT**

Entered: July 9, 2008
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for appointment of counsel is denied without prejudice to refiling.

Appellant's motion to waive filing fees and remit costs along with a financial affidavit, and prison trust account statement, is construed as a motion to proceed on appeal in forma pauperis ("IFP") and consent to pay the $455.00 filing fees in incremental payments, we transmit said requests to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

/s/Richard Cushing Donovan, Clerk

cc:
Samuel Fuentes
Aaron L. Weisman
Honorable Mary M. Lisi
David A. DiMarzio, Clerk