UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE:

To Be Filed By:

# MOTION TO PROCEED IN FORMA PAUPERIS

I, Samuel Fuentes ____________, am the ____________ in the above entitled case. In support of my motion to proceed on appeal without being required to prepay fees, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress, and that the issues that I desire to present on appeal are the following:

________________________________________

________________________________________

________________________________________

________________________________________

I make this application with the understanding that I am liable under 28 U.S.C. Sec. 1915 for the full payment of all fees, costs, and sanctions imposed on this appeal; that such charges will be collected and paid from my prison trust account; and that any unpaid fees, costs, or sanctions will constitute a debt not dischargeable in bankruptcy.

I further swear that the responses that I have made on the attached financial affidavit relating to my ability to prepay the cost of prosecuting the appeal are true.

7 2 2008
DATE

Samuel Fuentes
SIGNATURE OF APPLICANT

Samuel Fuentes
PRINT NAME

# United States Court of Appeals
## For the First Circuit

C P

No. 08-1726

CAP

SAMUEL FUENTES

Petitioner - Appellant

v.

A.T. WALL, Director, Rhode Island Department of Corrections; PATRICK LYNCH, Attorney General for the State of Rhode Island; STATE OF RHODE ISLAND

Respondents - Appellees

FILED IN CLERKS OFFICE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT 2008 JUL -7 P 2: 38

**MOTION TO WAIVE FILING FEES AND REMIT COST'S**

In support of this filing the following is stated:

1]. That the petitioner in the above entitled matter is being housed at the R.I. A.C.I. at Po Box 8274 Cranston R.I. 02920

2]. That it is stated: that with the exception of the Janus investments account enclosed within, this Petitioner has no money or property of any value, or accounts.

3]. That it is true that all of the lower courts involved in the criminal matter which draws this appeal did in fact find this petitioner to be of a status of poverty and allowed him to proceed in Forma Pauperis

4]. Please find enclosed a true copy of the average amount kept in my inmate account, supplied by the official of that office him/her self

WHEREFORE: This Petitioner moves this Honorable Court grant this motion

1]. Waive filing fees and cost's

2]. And to grant all others which are fair and just

RESPECTFULLY SUBMITTED

Samuel Fuentes

Samuel Fuentes
Po Box 8274
Cranston R.I.
02920

**CERTIFICATION OF SERVICE**

I the Petitioner in the above entitled matter swear that I have sent a true copy of the documents enclosed to the office of the Attorney Generals 150 South Main st Providence R.I. 02903 first class postage pre-paid 7 / 2 / 2008

Samuel Fuentes

FINANCIAL AFFIDAVIT
In Support of a Motion to Proceed In Forma Pauperis

Case Name: Palmigiano v. Dept. of Corrections
Docket Number: 07-2312 (District Court #74-00172)

Are you now employed? __ Yes X No __ Self Employed

Name & Address of Employer: ______

IF YES, how much do you earn per month? $______

IF NO, give month & year of last employment Feb. 1977
How much did you earn per month? $ About $400 a month

If married, is your spouse employed? __ Yes X No
IF YES, how much does your spouse earn per month $______

If a minor under age 21, what is your parents' or guardian's approximate monthly income? $______

Have you received in the last 12 months any income from a business, profession, or other form of self-employment, or in the form of rent payments, interest, dividend, retirement or annuity payments, or other sources? ✓ Yes __ No
IF YES, give the amount received and indentify sources:

| Received: | Sources: |
| --- | --- |
| Varies $100.00 For 90 days | Janus |

Have you any cash on hand or money in savings or checking account?
__ Yes ✓ No If YES, state total amount $______

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing) ? __ Yes ✓ No
If YES, give value and describe:

| Value: | Description: |
| --- | --- |
| | |

Marital status:
✓ Single
__ Married
__ Widowed
__ Separated or Divorced

Number of Dependents: NONE

List persons you actually support & your relationship
______

FILED US DISTRICT COURT 2008 JUL 21 D 2:33

Debts & Monthly Bills: (list all cdreditors, including banks, loan companies, charge accounts, etc.)

| Creditors: Apt. or Home: | Total Debt: | Monthly Payment: |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

Signature of movant: [signature] Date: 7-2-2008
Prisoners must attach a certified statement of institutional trust account

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE:

To Be Filed By:

PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT

*****************************************************************

I, Samuel Fuentes, # 60815, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,

U.S. District Court for the District of Rhode Island
314 Federal Building & U.S. Courthouse
Providence, RI 02903

until such time as the filing fee is paid in full.

Executed on the 7 day of 2, 2006.

Samuel Fuentes
SIGNATURE OF APPELLANT

Samuel Fuentes
PRINT NAME

in this case, particularly PCP, and its effect on this defendant. We had a short conference with your Honor about three days ago concerning the problems of whether I could b ready today, and your Honor said there is nothing before your Honor. "When this case is called, say what you have to say." I also talked with Mr. Leavey Friday and indicated I had major problems in getting ready on this case. I'm not saying he committed himself to a continuance, but he said the State would have to take the position they were ready. Now, we have tried to get an examination with regar to this drug influence. We did have one examination by Doctor Paolino, and I had to go to great trouble to have hi admitted out there at the ACI. Despite the present situation, I got him in last Thursday evening, and I've been able to talk to him. I've talked to Mr. Ruginski, who is private counsel helping me on this case; one reason being that he could speak Spanish. This defendant can speak only broken English."

THE COURT: So, what is the problem, Mr. Kelley?

MR. KELLEY: I'm not ready. We've got to finish this one aspect of the case, the effect.--

THE COURT: You have that report. This case is ready for trial, Mr. Kelley.

MR. KELLEY: May I finish, your Honor? Now, ther is also the motion to suppress, and the witnesses for that Now, this man was indicted in May, and my workload was extremely heavy till August, when I went on vacation. Bei as I have twenty years service, I'm allowed a certain amou of vacation. In September, visiting was very limited at t prison for a substantial amount of time. Even the days we could go, it was limited to 2:30 in the afternoon, and it was almost impossible for me to get through my work here and get out there by 2:30, and not only that, get ahold of private counsel. There's just been too much of administrative roadblocks in my way to properly prepare for this cas I understand there is no more lockup out there now, and if I devoted practically all my time to the psychiatric part of this case, we could get ready. When you have a client who doesn't speak English, the work is twice as difficult. I'm not saying he doesn't speak it, but he speaks broken, and particularly in matters of this kind, it is very difficult. So, that is the situation. I wasn't aware of some of these articles on PCP that were called to my attention by Attorney Ruginski, and I've since made a study of it, and I'm just not ready. Last week, I had something like twenty cases on the Calendar that required considerabl work on my part. The only time I could see him was one

evening I saw the defendant. At no time during the day was I free. And during the whole month of September, I had probably two days where I could get out there, but because of the time limitation, it was too short. Maybe you get through in the morning, and you're ready by 1:30, and get out there at two, and in a half an hour, there's just not enough time.

THE COURT: Let me place on the record the fact that when you and Mr. Ruginski and Mr. Leavey conferred with me last week, the only issue that was brought to my attention was the issue of the problems which the defendant was having in finding a psychiatrist to support the defense. Those were the only matters that were discussed at great length. The State kept asking the defense counsel, "Are you or aren't you going ahead on a plea of insanity? We'd like to know," and you finally gave the prosecutor the final answer, "Yes, we are, and if we can't use the psychiatrists who have already examined our client, we'll just go ahead with ordinary testimony concerning sanity, that is admissible in Rhode Island."

MR. KELLEY: That might have been mentioned.

THE COURT: I consider this case reached for trial today.

MR. KELLEY: I just want to make one correction. I just want to make it clear that I'm not ready. I think the defendant should be present.

THE COURT: You have defined yourself as not being ready. In the Court's judgment, you are ready and this cas is ready for trial. In all likelihood, this case is going to be reached this morning or this afternoon. I'll let you know within twenty minutes whether it is this morning or this afternoon.

---

C E R T I F I C A T I O N

I hereby certify that the foregoing is a true and accurate transcript according to my stenographic not

Kathleen L. Murray
Court Reporter

Dear Clerk: 7/2/08

I'm writing because I've tried to get the inmates accounts to give me an account balance print out for the last 6 months,

This is not an irregular request since the forms are supplied to us at the units law library.

My request was placed on 6/24/08 and have not recieved the material I requested so that I could supply your office with that information.

I have made the request again on the 2nd of july 08.

Meanwhile I'm sending you the remainder of the documents which need to filed in a timely fashion so that I don't become proceduraly barred.

I am sending you these now and hope that the remainder of the financial papers will be forthcoming from inmates accounts here at the prison.

I apologize for the shortcomings of this prison procedures and thank you for you're patents in advance.

RESPECTFULLY SUBMITTED

2008 JUL -7 P 2:38
FILED IN CLERK'S OFFICE