UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SAMUEL FUENTES

V. CA 04-408 ML

A.T. WALL, Director, Rhode Island
Department of Correstions;
PATRICK LYNCH, Attorney General
for the States of Rhode Island;
STATE OF RHODE ISLAND

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion to Proceed In Forma Pauperis. Petitioner initially filed his Motion in the Court of Appeals, and that Motion has been transmitted to this Court for determination. For the reasons set forth below, Petitioner's Motion is DENIED.

Petitioner has attached to his Motion a copy of his Rhode Island Department of Corrections Inmate Account History which shows a balance of $637.25. In addition, Petitioner has appended a quarterly statement for the period ending March 31, 2008 for his account with Janus Distributors LLC. The balance in his Janus nonretirement accounts was $2,810.55. Based on the balances in Petitioner's Inmate Account at the ACI and the Janus accounts, this Court finds that Petitioner has the financial ability to

pay the requisite filing fees for his appeal. His Motion to Proceed In Forma Pauperis is therefore DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
July 23, 2008