# *United States District Court*
# *For The District of Rhode Island*
# *Providence, RI 02903*

*July 10, 2008*

*Richard Donovan, Clerk*
*U.S. Court of Appeals*
*1 Courthouse Way, Suite 2500*
*Boston, MA 02210*

*RE: Samuel Fuentes v. A.T. Wall, et al*
*USDC-RI CA 04-408ML*
*USCA # 08-1392*

*Dear Mr. Donovan:*

*Enclosed herewith you will find an Order denying M/to appeal as a supplement to the above-captioned case.*

*Kindly acknowledge receipt for the same on the enclosed copy of this letter and return to the undersigned. Thank you.*

*Sincerely yours,*

*David A. DiMarzio*
*Clerk of Court*

*By:* Barbara Barletta
*Barbara L. Barletta*
*Deputy Clerk*

*Enc. Order denying M/IFP (Doc #31)*