UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF RHODE ISLAND

SAMUEL FUENTES

Vs

A,T, Wall, et al

6 / 20 / 08
Court File
Case# 04-408,ML

Denied. Mary M. Lisi USDJ July 24, 2008

## MOTION TO RECONSIDER

In support of this filing the following is stated:

1]. That the above entitled petitioner is being housed at the Rhode Island ACI at Po Box 8274 Cranston Rhode Island 02920

2]. That I the above entitled petitioner contend that firstly, effective assistance of counsel is of constitutional value and every reasonable jurists would admit the well rooted law involved and it's constitutional value

2-A). That it is a fundamental right to the effective assistance of counsel and a fair and just trial, where a Judge orders an attorney to move forward even after his repeated objections and statement that he was not ready to go ahead with the trial, is an admission of his inability to properly defend his client

3-B). That after his objections were documented for the record, then it must be assumed that it was objected to in that type of manner to preserve it for appeal

4]. That it is also "reasonable" that any "reasonable jurists" would agree that a defendant has a constitutional right to participate in his defense at every stage

4-A). That due to his appellate attorneys disregard for that constitutional right the objection preserved at the trial stage was never heard or made part of the appellate review

5]. That if the US District Court is to become so far rogue from it's subordinate position to the US Supreme Court, Constitution as well as governing statutory laws and rules as to deny such well rooted

law by denying a certificate to appeal this flagrant disregard to the U.S. Constitution, is to deny access to the court

6]. That it may be true that your Honorable court gave it's answer with regard to the issue stated regarding the fact that non english speaking americans rights being bowled over on a regular basis is in fact a issue that has long needed to be addressed as the foul treatment of those kept in Gauntanemo Bay's constitutional rights with regards to their access to the courts

6-A). That your Honorable court should **see the most recent US Supreme Court rulings with regards to Gauntanemo Bay's resulting and impending END**

6-B). That this petitioner is stating that this is just the tip if the iceberg and not some far fetched attempt to get away with something, because well rooted law also states: "writ of habeas corpus is designed to free persons wrongly held, not to insure that prosecution continues in full vigor". **Madej V Briley 371 F 3d 898**

7]. That further it is well rooted law in **TOWNSEND V SAIN 372 US 293** "We hold that a federal court must grant an evidentiary hearing to a hebeas applicant under the following circumstances: (1)the merits of the factual dispute were not resolved in the state hearing: see also Fenton V Miller, Fay v Noia, and Brown V Allen

8]. That it is further stated as a matter of fact, this very year in GRAYHURST V. R.I. # PM-2005-3148 "and honest learned and able counsel is given a reasonable opportunity to perform the task assigned to him" and that further in [HN 6]. "attorneys representation was so lacking that the trial has become a farce and a mockery of justice

8-a). That I the petitioner in this matter contend that it is wrong, lawfully as well as morally to revert to the mockery standard when such actions were so condemned as to draft a "standard" less offensive so the poor attorneys who's gross misconduct and blatant disregard for their clients constitutional rights, simply for calling a spade a spade is in it's self unconstitutional, and yes an attorney should bare a more strict degre of professionalism since lives are also in their hands: just like a medical doctor who can and should be open to suit for his gross incompetence

**WHEREFORE:** I the petitioner in the above move this Honorable Court grant the following relief;

a). Reconsider standpoint and order evidentiary hearing

b). Issue order granting investigator

c). Issue order granting the appointment of counsel

d). Issue order waiving all filing fees and related costs

e). And to grant all others which are fair and just

RESPECTFULLY SUBMITTED

Samuel Fuentes

Samuel Fuentes
Po Box 8274
Cranston R.I.
02920

**CERTIFICATION OF SERVICE**

I the Petitioner in the above entitled matter swear that I have sent a true copy of the documents enclosed to the office of the Attorney Generals 150 South Main st Providence R.I. 02903 first class postage pre-paid 7 / 2 / 2008

Samuel Fuentes